> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Brian Robertson v. Choice Hotels International, Inc., d/b/a Econo Lodge Inn and Suites

| | |
|---|---|
| Case Number | 03D01-2108-CT-004234 |
| Court | Bartholomew Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 08/11/2021 |
| Status | 08/11/2021 , Pending  (active) |

## Parties to the Case

**Defendant**   Choice Hotels International, Inc., d/b/a Econo Lodge Inn and Suites

<u>Address</u>
c/o United States Corporation Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

**Plaintiff**   Robertson, Brian

<u>Attorney</u>
Ryan Etter
*#2783249, Retained*

KEN NUNN LAW OFFICE
104 Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

**08/11/2021**   **Case Opened as a New Filing**

**08/11/2021**   **Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Robertson, Brian |
| File Stamp: | 08/11/2021 |

**08/11/2021**   **Appearance Filed**
Appearance

| | |
|---|---|
| For Party: | Robertson, Brian |
| File Stamp: | 08/11/2021 |

**08/11/2021**   **Subpoena/Summons Issued**
Summons to Choice Hotels International, Inc.

| | |
|---|---|
| Party: | Robertson, Brian |
| File Stamp: | 08/11/2021 |

| 08/23/2021 | Service Returned Served (E-Filing) |
|---|---|
| | RETURN OF SERVICE ON CHOICE HOTELS INTERNATIONAL INC |
| | Filed By: Robertson, Brian |
| | File Stamp: 08/23/2021 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Robertson, Brian
Plaintiff

Balance Due (as of 09/15/2021)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/11/2021 | Transaction Assessment | 157.00 |
| 08/11/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03D01-2108-CT-004234 |

BRIAN ROBERTSON

    VS.

CHOICE HOTELS INTERNATIONAL,
INC., d/b/a Econo Lodge Inn and Suites

## COMPLAINT FOR DAMAGES

Comes now the plaintiff, Brian Robertson, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Choice Hotels International, Inc., d/b/a Econo Lodge Inn and Suites, alleges and says:

1. That on or about December 24, 2020, the plaintiff, Brian Robertson, was a guest at the Econo Lodge Inn and Suites located at 161 Carrie Lane in Columbus, Bartholomew County, Indiana.

2. That on or about December 24, 2020, the plaintiff, Brian Robertson, suffered serious injuries when he was struck by a used, dirty needle left in his room by the prior occupant.

3. That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in his lawful use of same.

4. That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

5. That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

6. That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

-2-

7. That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

8. That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses, lost wages and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY: *s/ Ryan D. Etter*
Ryan D. Etter, #27832-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: ryane@kennunn.com


**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE

BY:    *s/ Ryan D. Etter*
       Ryan D. Etter, #27832-49
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: ryane@kennunn.com

Ryan D. Etter, #27832-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

Case 1:21-cv-02437-JMS-DLP    Document 1-1    Filed 09/15/21    Page 6 of 10 PageID #: 10

03D01-2108-CT-004234                                Filed: 8/11/2021 1:27 PM
                                                                      Clerk
Bartholomew Superior Court 1    03D01-2108-CT-004234    Bartholomew County, Indiana

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | CAUSE NO: | |
|---|---|---|
| 1. | Name of first initiating party | Brian Robertson<br>1441 West 700 South<br>Columbus, IN  47201 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Ryan D. Etter #27832-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:       812 332-9451<br>FAX:           812 331-5321<br>Email:  ryane@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

    s/Ryan D. Etter
    Attorney-at-Law
    (Attorney information shown above.)

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF BARTHOLOMEW
STATE OF INDIANA
P.O. BOX 924
COLUMBUS, IN 47202
TELEPHONE: (812) 379-1600

Brian Robertson

Plaintiff(s)

VS.                                   No.  03D01-2108-CT-004234

Choice Hotels International, Inc.

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Choice Hotels International, Inc., c/o United States Corporation Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 8/11/2021

_____
CLERK, BARTHOLOMEW CIRCUIT/SUPERIOR COURT

RYAN D. ETTER, #27832-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, IN  47404
TELEPHONE: (812) 332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ____ day of _____, 2021.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used by the Clerk.

XX    By certified or registered mail with return receipt to above address.

☐    By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐    By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐    By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:   *s/ RYAN D. ETTER*
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the ___ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this ___ day of _____, 2021.

_____
CLERK, BARTHOLOMEW CIRCUIT/SUPERIOR COURT

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the ___ day of _____, 2021, and that a copy of the return of receipt was received by me on the ___ day of _____, 2021, which copy is attached herewith.

_____
CLERK, BARTHOLOMEW CIRCUIT/SUPERIOR COURT

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the ___ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ___ day of _____, 2021, and I did deliver said summons and a copy of the complaint to the Sheriff of BARTHOLOMEW County, Indiana.

    Dated this ___ day of _____, 2021.

_____
CLERK, BARTHOLOMEW CIRCUIT/SUPERIOR COURT

**RETURN OF SUMMONS:** This summons came to hand on the ___ day of _____, 2021, and I served the same on the ___ day of _____, 2021.
1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant: _____ (Name of Person) and by mailing by first class mail a copy of the summons on the ___ day of _____, 2021 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit: _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this ___ day of _____, 2021.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
1. By delivery on the ___ day of _____, 2021 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the ___ day of _____, 2021 for each of the within named defendant(s) _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

    All done in BARTHOLOMEW County, Indiana.
Fees: $_____

_____
SHERIFF or DEPUTY

**UNITED STATES POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 08/23/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8346 7426 59. Our records indicate that this item was delivered on 08/16/2021 at 09:49 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CHOICE HOTELS INTERNATIONAL, INC.
UNITED STATES CORPORATION COMPANY
135 NORTH PENNSYLVANIA ST.
STE. 1610
INDIANAPOLIS, IN  46204

Customer Reference Number:       C2867963.16482099
Return Reference Number          BRIAN ROBERTSON

USPS MAIL PIECE TRACKING NUMBER:   4204620492148901940383467426 59
MAILING DATE:        08/11/2021
DELIVERED DATE:   08/16/2021
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

CHOICE HOTELS INTERNATIONAL, INC.
UNITED STATES CORPORATION COMPANY
135 NORTH PENNSYLVANIA ST.
STE. 1610
INDIANAPOLIS, IN  46204


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 08/11/2021 13:07 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 08/11/2021 15:40 | PICKED UP | BLOOMINGTON,IN 47403 |
| 08/11/2021 17:11 | DEPART POST OFFICE | BLOOMINGTON,IN 47403 |
| 08/11/2021 22:08 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 08/12/2021 15:34 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 08/13/2021 02:53 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 08/14/2021 09:23 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 08/14/2021 09:34 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 08/14/2021 09:38 | ATTEMPTED NO ACCESS TO DLVRY LOCATION | INDIANAPOLIS,IN 46204 |
| 08/16/2021 09:49 | DELIVERED | INDIANAPOLIS,IN 46204 |